Case: 1:21-cr-00567
Assigned to: Judge Lamberth, Royce C.
Assign Date: 9/8/2021
Description: INDICTMENT (B)

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| MARSHALL NEEFE and | : | 18 U.S.C. § 1512(k) |
| CHARLES BRADFORD SMITH, | : | (Conspiracy to Commit Obstruct Official |
| also known as "Brad Smith," | : | Proceeding) |
| | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| Defendants. | : | (Obstruction of an Official Proceeding and |
| | : | Aiding and Abetting) |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | 18 U.S.C. §§ 111(a)(1) and (b), 2 |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers Using a Dangerous |
| | : | Weapon and Aiding and Abetting) |
| | : | 18 U.S.C. § 1752(a)(1) and (b)(1)(A) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(2) and (b)(1)(A) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(3) and (b)(1)(A), 2 |
| | : | (Impeding Ingress and Egress in a |
| | : | Restricted Building or Grounds and |
| | : | Aiding and Abetting) |
| | : | 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A), 2 |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon and Aiding |
| | : | and Abetting) |
| | : | 40 U.S.C. § 5104(e)(1)(A)(i) |
| | : | (Carrying a Dangerous Weapon in the |
| | : | Capitol Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building |
| | : | or Grounds) |
| | : | 40 U.S.C. §§ 5104(e)(2)(E), 2 |
| | : | (Impeding Passage Through the Capitol |
| | : | Grounds or Buildings and Aiding and |
| | : | Abetting) |

: 40 U.S.C. § 5104(e)(2)(F)
: (Act of Physical Violence in the Capitol
: Grounds or Buildings)
: 40 U.S.C. § 5104(e)(2)(G)
: (Parading, Demonstrating, or Picketing in
: a Capitol Building)
:
: **FILED UNDER SEAL**

## ORDER

Upon consideration of the Government's Motion to Seal the Criminal Indictment and Arrest Warrant for Marshall Neefe and Charles Bradford Smith, also known as "Brad Smith," it is hereby

**ORDERED** that the Criminal Indictment, Arrest Warrant for Marshall Neefe and Charles Bradford Smith, also known as "Brad Smith," and the Government's Motion to Seal, and this corresponding Court Order be sealed until further Order of this Court.

**ORDERED** that notwithstanding the sealing, the government may disclose the criminal indictment and arrest warrant for Marshall Neefe and Charles Bradford Smith, also known as "Brad Smith," in furtherance of its law enforcement and prosecution needs and discovery obligations.

**ORDERED** that upon execution of the arrest warrant for Marshall Neefe and Charles Bradford Smith, also known as "Brad Smith," in this case, the charging documents shall be unsealed.

Date: September 8, 2021

Zia M. Faruqui
2021.09.08
17:10:29 -04'00'

ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA