**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.: 21-CR-567 (RCL)** |
| | : | |
| **MARSHALL NEEFE and** | : | |
| **CHARLES BRADFORD SMITH** | : | |
| **(also known as Brad Smith),** | : | |
| *Defendants.* | : | |

**<u>NOTICE OF APPEARANCE</u>**

The United States of America by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial

Attorney Seth Adam Meinero (detailee), who may be contacted by telephone on 202-252-5847 or

email at Seth.Meinero@usdoj.gov.  This is notice of his appearance in this matter on behalf of the

United States.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:     /s/ *Seth Adam Meinero*
Seth Adam Meinero
Trial Attorney
Detailee
United States Attorney's Office
  for the District of Columbia
D.C. Bar No. 976587
202-252-5847
Seth.Meinero@usdoj.gov

## **CERTIFICATE OF SERVICE**

On September 14, 2021, I served a copy of the foregoing on all parties listed on the court's

Electronic Case Files system.

/s/ *Seth Adam Meinero*
Seth Adam Meinero
Trial Attorney
Detailee
United States Attorney's Office
 for the District of Columbia
