UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-CR-567 (RCL) |
| v. : | |
| : | |
| MARSHALL NEEFE and : | |
| CHARLES BRADFORD SMITH : | |
| (also known as Brad Smith) : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Courtney Lee is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No.415793

/s/ Courtney Lee
_____
COURTNEY LEE
Assistant United States Attorney
District of Columbia
555 4th Street, NW,
Washington, D.C. 20530
D.C. Bar No. 241291
(202) 252-7650
Courtney.Lee@usdoj.gov

## CERTIFICATE OF SERVICE

On September 15, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                      /s/ Courtney Lee
                                                      Courtney Lee
                                                      Assistant United States Attorney