# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARSHALL NEEFE,<br><br>          Defendant. | Case No.: 1:21-cr-00567-002 RCL<br><br>**NOTICE OF APPEARANCE** |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant.  Designation CJA Appointment.

Dated: September 16, 2021

                                        Respectfully submitted,

                                        _____
                                        Joseph R. Conte, Bar #366827
                                        Counsel for Marshall Neefe
                                        Law Office of J.R. Conte
                                         400 Seventh St., N.W., #206
                                        Washington, D.C. 20004
                                        Phone:        202.638.4100
                                        E-mail:       dcgunlaw@gmail.com
| | | |
|---|---|---|
| *United States v. Marshall Neefe*<br>Case #1:21-cr-00567-001 RCL<br>Notice of Appearance<br>Page No. 1<br><br>APPEARANCE DC 21/09/16 08:36:32 | | Joseph R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone:  202.638.4100<br>Email:  dcgunlaw@gmail.com |