# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARSHALL NEEFE,<br><br>              Defendant. | Case No.: 1:21-cr-00567-001 RCL<br><br>**NOTICE OF FILING** |

      COMES NOW, Marshall Neefe, through counsel to file with the court the attached correspondence forwarded, by this filing, to the United States by the court's Case Management/Electronic Case Files (CM/ECF) System this date.

Dated: September 16, 2021

 

                                              Joseph R. Conte
                                              Counsel for Marshall Neefe
                                              Pro hac vice
                                              400 Seventh St., N.W., #206
                                              Washington, D.C. 20004
                                              Phone:     202.638.4100
                                              Email:  dcgunlaw@gmail.com

| | |
|---|---|
| *United States v. Marshall Neefe*<br>Case No. 1:21-cr-00567-001 RCL<br><br>FILING21/09/16 09:01:02 | Joseph R. Conte<br>Law Office of J.R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone:  202.638.4100<br>Email:  dcgunlaw@gmail.com |