# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 21-CR-567 (RCL)** |
| | : | |
| **MARSHALL NEEFE and** | : | |
| **CHARLES BRADFORD SMITH,** | : | |
| also known as Brad Smith, | : | |
| *Defendants*. | : | |

## NOTICE OF FILING DISCOVERY MEMORANDA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files three memoranda related to the status of the government's ongoing discovery efforts in Capitol-riot cases. The memoranda document the status as of July 12, 2021, August 23, 2021, and September 14, 2021, and discuss the progress of these efforts. All three memoranda, plus an exhibit to the July memorandum, are attached to this notice and filed via the Court's electronic case files system (ECF) on counsel for the defendants.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:     /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
D.C. Bar No. 979587
202-252-5847
Seth.Meinero@usdoj.gov

        /s/ *Courtney Lee*
COURTNEY LEE
Assistant United States Attorney
D.C. Bar No. 241291
202-252-7650
Courtney.Lee@usdoj.gov

United States Attorney's Office for the
 District of Columbia
555 4th Street, N.W. – Room 10-118
Washington DC 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2021, I served a copy of this pleading on the parties to this matter as indicated in ECF.

        /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee

2