UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 21-CR-567 (RCL) |
| | : | |
| MARSHALL NEEFE and | : | |
| CHARLES BRADFORD SMITH, | : | |
| also known as Brad Smith, | : | |
| *Defendants.* | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendants have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendants do not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:     /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
D.C. Bar No. 979587
202-252-5847
Seth.Meinero@usdoj.gov

        /s/ *Courtney Lee*
COURTNEY LEE
Assistant United States Attorney
D.C. Bar No. 241291
202-252-7650
Courtney.Lee@usdoj.gov

United States Attorney's Office for the
  District of Columbia
555 4th Street, N.W. – Room 10-118
Washington DC 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 20, 2021, I served a copy of this pleading on the parties to this matter through the court's Electronic Case Files system.

        /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
United States Attorney's Office for the
  District of Columbia