UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 21-CR-567 (RCL) |
| | : | |
| **MARSHALL NEEFE** and | : | |
| **CHARLES BRADFORD SMITH,** | : | |
| also known as Brad Smith, | : | |
| *Defendants.* | : | |

## UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to codefendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and counsel does not oppose the motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                Respectfully submitted,

                CHANNING D. PHILLIPS
                Acting United States Attorney
                D.C. Bar No. 415793

By:      /s/ *Seth Adam Meinero*
           SETH ADAM MEINERO
           Trial Attorney
           Detailee
           D.C. Bar No. 979587
           202-252-5847
           Seth.Meinero@usdoj.gov

           /s/ *Courtney Lee*
           COURTNEY LEE
           Assistant United States Attorney
           D.C. Bar No. 241291
           202-252-7650
           Courtney.Lee@usdoj.gov

           United States Attorney's Office for the
            District of Columbia
           555 4th Street, N.W. – Room 10-118
           Washington DC 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2021, I served a copy of this pleading on the parties to this matter as indicated in the Court's Electronic Case Files system.

           /s/ *Seth Adam Meinero*
           SETH ADAM MEINERO
           Trial Attorney
           Detailee