# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 21-CR-567 (RCL)** |
| : | |
| **MARSHALL NEEFE** and : | |
| **CHARLES BRADFORD SMITH,** : | |
| also known as Brad Smith, : | |
| *Defendants*. : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the attached letter detailing initial discovery it has provided to the defense as of September 27, 2021. The United States has filed this notice and the attached discovery letter via the Court's electronic case files system (ECF) on counsel for the defendants.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
D.C. Bar No. 979587
202-252-5847
Seth.Meinero@usdoj.gov

/s/ *Courtney Lee*
COURTNEY LEE
Assistant United States Attorney
D.C. Bar No. 241291
202-252-7650
Courtney.Lee@usdoj.gov

        United States Attorney's Office for the
         District of Columbia
        555 4th Street, N.W. – Room 10-118
        Washington DC 20530

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 27, 2021, I served a copy of this pleading on all parties to this matter as indicated in ECF.

        /s/ *Seth Adam Meinero*
        SETH ADAM MEINERO
        Trial Attorney
        Detailee