UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 21-CR-567 (RCL) |
| : | |
| MARSHALL NEEFE and : | |
| CHARLES BRADFORD SMITH, : | |
| also known as Brad Smith, : | |
| *Defendants*. : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record,

it is this __29th__ day of September 2021,

**ORDERED** that the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, is hereby GRANTED; it is further

**ORDERED** that this proceeding is continued to __Dec. 16__, 2021, at __12:30 PM__; and it is further

**ORDERED** that the time period from September 30, 2021, through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, based on a finding that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE