# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 21-CR-567 (RCL)** |
| : | |
| **MARSHALL NEEFE** and : | |
| **CHARLES BRADFORD SMITH,** : | |
| also known as Brad Smith, : | |
| *Defendants*. : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the attached letter detailing additional discovery it provided to the defense on October 4, 2021. The United States has filed this notice and the attached discovery letter via the Court's electronic case files system (ECF) on counsel for the defendants.

                                                  Respectfully submitted,

                                                  CHANNING D. PHILLIPS
                                                  Acting United States Attorney
                                                  D.C. Bar No. 415793

By:   */s/ Seth Adam Meinero*
                 SETH ADAM MEINERO
                 Trial Attorney
                 Detailee
                 D.C. Bar No. 979587
                 202-252-5847
                 Seth.Meinero@usdoj.gov

                 */s/ Courtney Lee*
                 COURTNEY LEE
                 Assistant United States Attorney
                 D.C. Bar No. 241291
                 202-252-7650
                 Courtney.Lee@usdoj.gov

United States Attorney's Office for the
 District of Columbia
555 4th Street, N.W. – Room 10-118
Washington DC 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2021, I served a copy of this pleading on all parties to this matter as indicated in ECF.

/s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee