UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 21-CR-567 (RCL) |
| | : | |
| **MARSHALL NEEFE** and | : | |
| **CHARLES BRADFORD SMITH,** | : | |
| also known as Brad Smith, | : | |
| *Defendants*. | : | |

### NOTICE OF FILING DISCOVERY MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the attached memorandum related to the status of the government's ongoing discovery efforts in Capitol-riot cases. The memorandum documents the status as of November 5, 2021, discusses the progress of these efforts, and is attached to this notice and filed via the Court's electronic case files system (ECF) on counsel for the defendants.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)
D.C. Bar No. 979587
202-252-5847
Seth.Meinero@usdoj.gov

By:  /s/ *Courtney Lee*
COURTNEY LEE
Assistant United States Attorney
D.C. Bar No. 241291
202-252-7650
Courtney.Lee@usdoj.gov

United States Attorney's Office for the
  District of Columbia
 555 4th Street, N.W. – Room 10-118
 Washington DC 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2021, I served a copy of this pleading on the parties to this matter as indicated in ECF.

/s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)