## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00567-001 |
| v. | **MOTION TO WITHDRAW AS COUNSEL** |
| MARSHALL NEEFE ,<br>                    Defendant. | |

COMES NOW, Joseph Conte, counsel to the defendant to respectfully request leave of this honorable court to withdraw as counsel for the defendant.  As grounds for this motion counsel would state:

1.  The undersigned was appointed counsel for the defendant, under the Criminal Justice Act, on September 16, 2021.

2.  On September 28, 2021, retained counsel entered his appearance in this matter.

WHEREFORE, counsel respectfully requests that this motion be granted.

Dated:  November 9, 2021

| | | |
|---|---|---|
| *United States v. Marshall Neefe*<br>Case No. 1:21-cr-00567-001 RCL<br><br>Motion to Withdraw as Counsel<br>Page No. 1<br><br>WITHDRAW 21/11/09 13:05:00 | | Joseph R. Conte<br>Law Office of J.R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone:  202.638.4100<br>Email:  dcgunlaw@gmail.com |

_____

Joseph R. Conte, Bar #366827
Counsel for Marshall Neefe
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:       202.638.4100
Fax:          202.628.0249
Email:   dcgunlaw@gmail.com

| | | |
|---|---|---|
| *United States v. Marshall Neefe*<br>Case No. 1:21-cr-00567-001 RCL<br><br>Motion to Withdraw as Counsel<br>Page No. 2<br><br>WITHDRAW 21/11/09 13:05:00 | | Joseph R. Conte<br>Law Office of J.R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone: 202.638.4100<br>Email: dcgunlaw@gmail.com |