UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARSHALL NEEFE ,<br><br>Defendant. | Case No.: 1:21-cr-00567-001<br><br>ORDER |

This matter is before the court on the motion of counsel for the defendant, Joseph Conte, to withdraw as counsel and the court having considered the motion it is this _19th_ day of _November_, 2021,

**ORDERED** that the motion should be and hereby is **GRANTED**

**SO ORDERED.**

_____
Royce C. Lambert
United States District Judge