UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 21-CR-567 (RCL) |
| : | |
| MARSHALL NEEFE and : | |
| CHARLES BRADFORD SMITH, : | |
| also known as Brad Smith, : | |
| *Defendants.* : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue Status Conference and to Exclude Time under Speedy Trial Act, and upon consideration of the entire record, it is this \_\_\_\_ day of December, 2021,

**ORDERED** that the government's Unopposed Motion to Continue Status Conference and to Exclude Time under Speedy Trial Act is hereby GRANTED; it is further

**ORDERED** that the status conference scheduled for December 16, 2021, is continued to _____, 2022, at _____; and it is further

**ORDERED** that the period from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.,* and the Court finds that the ends of justice served by the continuance outweigh the interests of the defendants and the public in a speedy trial.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE