## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 21-CR-567 (RCL)** |
| : | |
| **MARSHALL NEEFE** and : | |
| **CHARLES BRADFORD SMITH,** : | |
| also known as Brad Smith, : | |
| *Defendants*. : | |

### NOTICE OF FILING DISCOVERY MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the attached memorandum related to the status of the government's ongoing global discovery efforts in Capitol-riot cases. The memorandum documents the status as of February 9, 2022, discusses the progress of these efforts, and is attached to this notice and filed via the Court's electronic case files system (ECF) on all parties to this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Seth Adam Meinero*　　　　By:  /s/ *Courtney Lee*
SETH ADAM MEINERO　　　　　　　COURTNEY LEE
Trial Attorney (Detailee)　　　　　　Assistant United States Attorney
D.C. Bar No. 979587　　　　　　　　D.C. Bar No. 241291
202-252-5847　　　　　　　　　　　202-252-7650
Seth.Meinero@usdoj.gov　　　　　　Courtney.Lee@usdoj.gov

United States Attorney's Office for the
  District of Columbia
555 4th Street, N.W. – Room 10-118
Washington DC 20530

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 12, 2022, I served a copy of this pleading on all parties to this matter as indicated in ECF.

/s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)