# EXHIBIT B

Julie A. Neefe
201 Westgate Drive
Mount Holly Springs, Pa. 17065

I am a 59-year-old wife and mother who has worked full time my whole adult life as a helpmate to my husband, James, to provide a moderate lifestyle for our family. I enjoy cooking, gardening and keeping my home. I am a medical biller that has worked in that profession for 25 years. I am currently employed at Casses Chiropractic Clinic in Carlisle, Pennsylvania.

I am the mother of Marshall James Neefe who has been incarcerated since September 13, 2021 for the events of January 6, 2021. Marshall was raised in a Christian home by loving parents who instilled in him respect, responsibility, compassion, fairness and love. He has brought us so much joy and laughter. At an early age he showed the love for music and art. He had a natural ability to play music and played saxophone in a band during his school years. He then taught himself how to play the piano and guitar and he also has a wonderful singing voice. He played some sports but his passion has always been music and art.

After school he met his fiancé Victoria Dumond and they have a wonderful son together, ▇▇▇▇. Marshall was the sole provider for his family as a residential construction framer and driver for an Amish construction Company, O & R Construction, for the past 5 years. He has never broken the law and has always had respect for law enforcement and has never shown violence in any way.

I will also note that Marshall has a melancholic personality and a low self-esteem which drove him to choose some friendships that are not good for him.  He always talks a "big talk" to make himself feel tough to fill a void in his life.  One such friendship pushed him to the January 6th rally in DC, where the hype, social media and event speakers sparked the massive crowds. Marshall is not a violent person and would never hurt anyone. He is an "old soul" that is kind and compassionate.

Marshall told me of his sincere remorse for being coerced into going to DC.  He is so sorry to put his family through all the pain and financial burden for a stupid mistake. He just wants to be home and provide for his struggling family and be a steward in his community. He still has a full-time job waiting for him when he is released.


Julie A. Neefe

James A. Neefe
201 Westgate Drive
Mount Holly Springs, Pa. 17065

I am a 63-year-old husband and father that has owned my residential construction company for 35 years. The greatest joy and blessing in my life were becoming a father to my two sons, Marshall and Cody. Faith and family are the reason I strive each day to make a living and give that opportunity to others in building their home.

I am the father of Marshall James Neefe who was arrested for being in DC on January 6, 2021. He was brought up in a great church family and was always kind, caring and trustworthy. He always had respect for the law and would frequently remind me if my speedometer went over the speed limit. "Dad slow down your speeding"! He loved to come on my jobsite to "help me build" where I instilled in him a good work ethic at a young age. I remember when he was around 10 years old, he was very short which I believe made him insecure. He was the smallest kid on the football team, but he always tried so hard to gain the approval of his friends. He could be influenced by friends and would say things to impress them but I knew all that talk was not my son's true nature. I tell you this because I believe this carried over to his adulthood where a bad choice of friends led to him being in DC on January 6, 2021.

Marshall is a peaceful, kind and respectful man. If he had a friend in need, he was there to lend a hand, change a flat tire or shovel snow. His work ethic exceeded my expectations when he was hired by one of my sub-contractors on an Amish framing crew. He not only worked a grueling 8-hour day framing but also had to pick up and drop off his Amish crew each day. His day started at 4:30 am and ended at 6:30 pm, he never missed a day of work in 5 years. He always provided for his family and loves his 4-year-old son ▇▇▇▇ so much.

After returning home from the January 6th event, I noticed he broke off all communications with his so-called friends, shut down social media and just concentrated on his family. I remember him telling me everything on social media was a lie and that he was so sorry for believing all the hype pushed by his friends and social media. He knows what a mistake he made and the value of family and what really matters in life is his walk with God.  Since his incarceration he knows the effect of wrong choices and wants so much for a second chance to prove to us his value as a productive citizen, father and role model for his son.


James A. Neefe

Victoria Dumond
2011 Pine Road
Newville, Pennsylvania 17241

My name is Victoria Dumond. I am Marshall Neefe's fiancé. We have one son together named ▌▌▌▌. Marshall and I have been together for 7 years and have been working hard towards a future for both our son and us. Marshall's goals have always been very mature for his age. He has been a very kind and loving partner in any situation. Marshall is an upbeat positive person, especially when it comes to building our future and his hobby, music.

He is creative and talented and he has always been an outdoors lover. He cares for everyone and loves to hear their thoughts and dreams. Marshall has always been willing to help others achieve their goals just to make them happy.

He is a great father, teaching his son good morals and attention to the little things in life. Marshall has been a great person to be with and is more than willing to bend any direction to make sure his family is taken care of. He has supported his son and me very well working alongside the Amish.
He is loved by the community and many others. Marshall has never been on anyone's bad side or had any sort of disagreement with friends or family.

Marshall's part on January 6th was heavily influenced by a high school friend named Charles Smith who is also known as Brad. Brad has always been known as a big history person. He was always interested in Nazis and war. He said that he heavily studied these subjects and would always preach to his friends. Marshall stayed away from Brad for a long time due to Brad's excessive drug and alcohol use, and his political talk. Marshall was never interested in politics; he never even voted and would get very annoyed when Brad would talk about politics for hours. Marshall started to listen to Brad when he would talk about politics and extreme views. He wanted to fit in by also liking the subject to make Brad feel good. He has always been heavily influenced by friends and family. He is easily persuaded to go on a ride with friends or hang out at someone's house. Even though he will say he really does not want to. He does not want to let his friends or family down. He is a great person and realizes what he did was not okay and was very stupid of him. He believed his friend, Brad, when he talked about what was supposed to happen and how it will be so much fun to go. I believe Marshall should be released to help support his family. His son believes his dad will be home soon and I hope for Marshall to experience his son's vital life events as a first-time father.

It was a pleasure to write this letter to you.

Best regards,

Victoria Dumond