# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No.: 21-CR-567 (RCL)** |
| : | |
| **MARSHALL NEEFE,** : | |
| *Defendant.* : | |

## ORDER

Upon consideration of Defendant Marshall Neefe's Motion to Appeal Detention Order (ECF No. 42), the pleadings of the parties, and the entire record in this case,

It is this _____ day of February 2022,

**ORDERED**, that the Defendant's Motion to Appeal Detention Order is hereby **DENIED**;

and it is further

**ORDERED,** that the Defendant will remain detained pending trial in this matter.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE