UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 21-CR-567 (RCL)** |
| | : | |
| **MARSHALL NEEFE** and | : | |
| **CHARLES BRADFORD SMITH,** | : | |
| also known as Brad Smith, | : | |
| *Defendants.* | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the attached letter detailing case-specific discovery it has provided to the defense as of February 16, 2022. The United States has filed this notice and the attached discovery letter via the Court's electronic case files system (ECF) on counsel for the defendants.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   /s/ *Courtney Lee*
COURTNEY LEE
Assistant United States Attorney
D.C. Bar No. 241291
202-252-7650
Courtney.Lee@usdoj.gov

  /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
D.C. Bar No. 979587
202-252-5847
Seth.Meinero@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2022, I served a copy of this pleading on all parties to this matter as indicated in ECF.

/s/ *Courtney Lee*
COURTNEY LEE
Assistant United States Attorney