UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Criminal No. 21-CR-567-1 (RCL) |
| | : | |
| MARSHALL NEEFE, | : | |
| | : | |
| *Defendant.* | : | |

## UNITED STATES' NOTICE OF FILING OF ITEM INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibit which is incompatible with CM/ECF filing. The item is a PowerPoint presentation that includes videos and digital images, labeled Hearing Exhibit 1. The government has no objection to the public release of this exhibit. The United States has made the following item available to the Court and counsel for the defendant electronically:

| Hearing Exhibit Number | File Name | Source |
|---|---|---|
| 1 | "NEEFE Hearing PPt.2.23.2022.pptx" | Composite of open-source videos, Metropolitan Police Department bodyworn-camera videos, videos from Charles Bradford Smith's cellphone, Facebook records, and Neefe's cellphone |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)
D.C. Bar No. 976587
202-252-5847
Seth.Meinero@usdoj.gov

/s/ *Courtney Lee*
COURTNEY LEE
Assistant United States Attorney
D.C. Bar 241291
202-252-7650
Courtney.Lee@usdoj.gov

United States Attorney's Office for the
  District of Columbia
555 4th Street, N.W. – Room 10-118
Washington, DC 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2022, I served a copy of the foregoing on all parties to this matter as listed in the Court's Electronic Case Files system.

/s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)