UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 21-CR-567-1 (RCL) |
| : | |
| MARSHALL NEEFE, : | |
| : | |
| *Defendant.* : | |

## MOTION FOR LEAVE TO FILE SUPPLEMENT TO OPPOSITION TO MOTION TO APPEAL DETENTION ORDER

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Court for leave to file a supplement ("Supplement") to its Opposition to Defendant Marshall Neefe's Motion to Appeal Detention Order ("Neefe's Motion"). Neefe's Motion was filed on February 15, 2022, and the government filed its opposition the next day. Should the Court grant this motion for leave to file, the Supplement is attached to it. In support of this motion, the government now states the following:

1. On February 23, 2022, the Court held a detention hearing on Neefe's Motion.

2. During the hearing, the government stated its position on the basis for requesting Neefe's continued detention related to specific counts in the superseding indictment (ECF No. 39), including Count 10 (charging violation of 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A), 2). The Court also inquired about two other issues: (1) the size and weight of the metal sign frame that the government alleges Neefe used to assault officers on the West Front of the Capitol on January 6, 2021; and (2) whether another individual depicted in Government Hearing Exhibit 1-M is currently a charged defendant.

3. Should the Court allow the government to file its Supplement, the Supplement would clarify the government's basis for seeking detention related to Count 10, and would further

respond to the Court's inquiries regarding the size and weight of the metal sign frame and whether the other individual is a charged defendant.

WHEREFORE, for the foregoing reasons, the government respectfully requests that the Court GRANT its motion for leave to file the Supplement.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)
D.C. Bar No. 976587
202-252-5847
seth.meinero@usdoj.gov

/s/ *Courtney Lee*
COURTNEY LEE
Assistant United States Attorney
D.C. Bar No. 241291
202-252-7650
courtney.lee@usdoj.gov

United States Attorney's Office for the
 District of Columbia
555 4th St., N.W. - Room 10-118
Washington DC 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2022, I served a copy of this pleading on all parties to this matter as indicated in the Court's electronic case files system.

/s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)