FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____02/24/2022_____

United States Capitol Police Officer Nikolas Scharkopf, date of birth (DOB) January 20, 1993, was interviewed via telephone.  Also present for the interview were Senior Counsel for U.S. Capitol Police, Lisa Walters, AUSA Doug Collyer, Trial Attorney Seth Adam Meinero and Trial Attorney Jim Peterson. After being advised of the identity of the interviewing individuals and the nature of the interview, Officer Scharkopf provided the following information:

On January 6, 2021 at approximately 1:40pm Officer Scharkopf was on duty with the US Capitol Police and was stationed on the West Front of the US Capitol Building.  Officer Scharkopf was part of a defensive line of US Capitol Police and Washington DC Metropolitan Police Department officers stationed in this area.  Officer Scharkopf and the other officers on the West Front of the Capitol Building were working to stop the crowd which had gathered in that area from getting any closer to the building.  Officer Scharkopf reported numerous members of the crowd were yelling at and taunting officers as well as throwing objects at officers, spraying officers with pepper spray, spitting at officers, attempting to steal bike racks being used by officers as barricades and attempting to grab officers to pull them into the crowd.

Officer Scharkopf was familiar with a large metal-framed "Trump" sign with wheels which had been rammed by rioters into the police line on the West Front around 1:40pm on January 6.  Officer Scharkopf first saw the sign when he momentarily had his back to the crowd.  Officer Scharkopf then turned around to face the crowd and sign and was immediately met with one of the sign wheels inches from his face.  Officer Scharkopf explained that had he not turned around at that exact moment he almost certainly would have been hit in the head by the sign wheel.

Officer Scharkopf saw rioters actively pushing the sign into and against the police line.  He believed this was done by the rioters in order to breech the police line.  Officer Scharkopf and other officers initially attempted to push the sign away from the police line but quickly realized a more

UNCLASSIFIED//FOUO

---

Investigation on  _02/24/2022_  at  _Detroit, Michigan, United States (Phone)_

File #  _176-WF-3366759, 176-DE-3380755, 176-DE-3398779, 266N-PH-3403194, 266N-PH-3402701_      Date drafted  _02/24/2022_

by  SWENSSON DUSTIN HALLER

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

176-WF-3366759

Continuation of FD-302 of   (U) Interview of USCP Officer Nikolas Scharkopf   , On   02/24/2022   , Page   2 of 2

effective tactic to remove the sign from the rioters was to pull the sign away from them and into the area behind the police lines.

After Officer Scharkopf and other officers pulled the sign away from the crowd it was placed on the ground behind the police lines. Officer Scharkopf explained it took 15 to 20 officers to carry the sign. The sign itself was very large. Officer Scharkopf estimated it was 10 to 15 feet wide and two or more feet high. The entire frame of the sign was metal. The wheels on the sign were also large and similar to wheels on a wheelbarrow. Officer Scharkopf described the wheels as about the size of a human head. The metal frame of the sign was welded and screwed together. The portion of the sign which had "Trump" written on it was like a flag.

Officer Scharkopf believed the sign was capable of causing serious injury to the police officers on the West Front. Officers could easily have been knocked over by the sign. The metal frame, in particular the sharp corners of the frame, could have knocked someone unconscious if it hit them in the head. The frame was very sturdy and could have also "split someone's head open." Officer Scharkopf was not wearing a helmet which made him particularly vulnerable to such head injuries. Officer Scharkopf explained that, due to the size, construction and overall weight of the sign, it would not have taken much force for the sign to seriously injure someone.

Given the large size of the sign Officer Scharkopf was unable to see specific individuals among the rioters who were pushing the sign forward into the police line. Officer Scharkopf believed the sign went many rows back into the crowd.

UNCLASSIFIED//FOUO