

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    02/24/2022

United States Capitol Police Officer Nikolas Scharkopf, date of birth (DOB) ███████████, was interviewed via telephone (See referenced serial 26192.) Writer has the following additional details and clarifying information from the interview of Officer Scharkopf.

In addition to the individuals listed in serial 26192, AUSA Courtney Lee was also present during the interview.

Officer Scharkopf noted it took 15 to 20 officers to carry the large "Trump" sign which rioters had rammed into the police line on the West Front of the US Capitol Building on January 6, 2021. Officer Scharkopf further explained it took this many officers to move the sign because it was extremely heavy.

As detailed in referenced serial 26192, Officer Scharkopf estimated the sign was 10 to 15 feet wide and two or more feet high. The "two or more feet high" referred to the bottom portion of the sign where the four wheels were mounted. Officer Scharkopf estimated the portion of the sign with a metal frame and the flag-like "Trump" logo was 10 to 15 feet wide and 10 or more feet high.

UNCLASSIFIED//FOUO

| | |
|---|---|
| Investigation on 02/24/2022 at Detroit, Michigan, United States (Phone) | |
| File # 176-WF-3366759, 176-DE-3380755, 176-DE-3398779, 266N-PH-3403194, 266N-PH-3402701 | Date drafted 02/24/2022 |
| by SWENSSON DUSTIN HALLER | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.