- 1 of 1-

FD-302 (Rev. 5-8-10)



**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____02/24/2022_____

United States Capitol Police Officer Nikolas Scharkopf, date of birth (DOB)
███████████████, was interviewed via telephone (See referenced serial
26192.)  Writer has the following additional details and clarifying
information from the interview of Officer Scharkopf.

In addition to the individuals listed in serial 26192, AUSA Courtney Lee was
also present during the interview.

Officer Scharkopf noted it took 15 to 20 officers to carry the large "Trump"
sign which rioters had rammed into the police line on the West Front of the
US Capitol Building on January 6, 2021.  Officer Scharkopf further explained
it took this many officers to move the sign because it was extremely heavy.

As detailed in referenced serial 26192, Officer Scharkopf estimated the sign
was 10 to 15 feet wide and two or more feet high.  The "two or more feet
high" referred to the bottom portion of the sign where the four wheels were
mounted.  Officer Scharkopf estimated the portion of the sign with a metal
frame and the flag-like "Trump" logo was 10 to 15 feet wide and 10 or more
feet high.

**UNCLASSIFIED//FOUO**

Investigation on __02/24/2022__ at Detroit, Michigan, United States (Phone)

File # 176-WF-3366759, 176-DE-3380755, 176-DE-3398779, 266N-PH-
3403194, 266N-PH-3402701                    Date drafted __02/24/2022__

by SWENSSON DUSTIN HALLER

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.