UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 21-CR-567-1 (RCL) |
| MARSHALL NEEFE, | : | |
| *Defendant.* | : | |

**UNITED STATES' SUPPLEMENT TO OPPOSITION TO
MOTION TO APPEAL DETENTION ORDER**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplement to its opposition (ECF No. 43) to Defendant Marshall Neefe's motion to appeal the pretrial detention order (ECF No. 42) in the above-captioned case. This supplement provides clarification and additional information related to issues that arose during the detention hearing the Court held on February 23, 2022 ("Hearing").

**I. Clarification Regarding Basis for Detention**

During the Hearing, the government represented that its basis for seeking Neefe's continued detention pursuant to 18 U.S.C. § 3142(f)(1)(A) was based on only one count in the superseding indictment, Count Four,[1] which qualifies as a "crime of violence," as defined in 18 U.S.C. § 3156(a)(4). On further review, the government submits that Count Ten[2] is also a "crime of violence" under § 3156(a)(4). Therefore, the basis for seeking detention under § 3142(f)(1)(A) is related to Counts Four and Ten. The basis for seeking detention under 18 U.S.C. § 3142(f)(1)(E)

---

[1] This count charges Neefe with Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (Large Metal Sign Frame) and Aiding and Abetting, in violation of 18 U.S.C. §§ 111(a)(1) and (b), 2.
[2] This count charges Neefe with Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon (Large Metal Sign Frame) and Aiding and Abetting, in violation of 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A), 2.

is related to Counts Five through Eight, each of which charges a "felony that is not otherwise a crime of violence that involves . . . the possession or use of a . . . dangerous weapon."

## II. Additional Information Regarding Large Metal Sign Frame Used During Assault on Police Officers

Neefe is charged with four counts (Counts Four, Six, Eight, and Ten) involving the use or carrying of a deadly or dangerous weapon, a large metal sign frame. During the Hearing, the Court inquired about the size and weight of the sign frame.

On February 24, 2022, a Special Agent with the Federal Bureau of Investigation ("FBI") and counsel for the government interviewed U.S. Capitol Police Ofc. Nikolas Scharkopf, who, along with officers of the Washington, D.C., Metropolitan Police Department, was part of the line of defending officers that was assaulted with the sign frame at the West Front of the Capitol on January 6, 2021, at approximately 1:40 p.m.[3]

Ofc. Scharkopf stated he first noticed the sign frame when his back was momentarily turned to the crowd gathered at the West Front. When he turned around, one of the frame's wheels was inches from his face. The wheel was similar in structure to a wheelbarrow wheel and about the size of a human head. Ofc. Scharkopf believed that had he not turned around then, the wheel likely would have hit him in the head. He estimated the sign frame was approximately 10-15 feet wide and 10 or more feet high.

Ofc. Scharkopf believed the sign was capable of causing the defending police officers serious injury. The metal frame and its sharp corners could have knocked someone unconscious if they hit a person's head. The frame was very sturdy, welded and screwed together, and could have also "split someone's head open." Because he was not wearing a helmet, Ofc. Schwarkopf

---

[3] The FBI's summaries of the interview of Ofc. Scharkopf, memorialized in a Form FD-302 and a supplemental Form FD-302, are attached to this supplement.

was particularly vulnerable to injury.  He also described the sign frame as extremely heavy; it took 15-20 officers to carry and move the sign after it was rammed into their line.  He opined that due to the sign's size, construction, and overall weight, it would not have taken much force from the rioters pushing the sign for it to seriously injure someone.

### III.  Additional Information Regarding Individual Depicted in Government Hearing Exhibit 1-M

During the Hearing, the Court inquired whether an individual with a bullhorn depicted in Government Hearing Exhibit 1-M, a police body-worn-camera video, is a charged defendant.  This individual is shown below in a screenshot from Exhibit 1-M:



The government has confirmed that this individual is currently the charged defendant in *United States v. Sean McHugh,* 21-cr-00453 (JDB).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)
D.C. Bar No. 976587
202-252-5847
seth.meinero@usdoj.gov

/s/ *Courtney Lee*
COURTNEY LEE
Assistant United States Attorney
D.C. Bar No. 241291
202-252-7650
courtney.lee@usdoj.gov

United States Attorney's Office for the
 District of Columbia
555 4th St., N.W. - Room 10-118
Washington DC 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2022, I served a copy of this pleading on all parties to this matter as indicated in the Court's electronic case files system.

 /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)