UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MARSHALL NEEFE,

*Defendant.*

Case No. 1:21-cr-567-RCL

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **DENIES** defendant Marshall Neefe's motion [42] for revocation of his detention order and for pretrial release. Defendant shall remain in custody pending trial.

It is **SO ORDERED**.

Date: March 9, 2022

_____
Hon. Royce C. Lamberth
United States District Judge