IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Case No. 21-CR-567 (RCL) |
| v. | : |
| | : |
| MARSHALL NEEFE, | : |
| | : |
| Defendant. | : |
| | : |

**<u>NOTICE OF FILING DEFENDANT'S ACCEPTANCE</u>**

Defendant Marshall Neefe, ("Mr. Neefe"), by and through undersigned counsel, hereby files the attached acceptance of the Protective Order [ECF 20]. Mr. Neefe has filed this notice and the attached acceptance via the Court's electronic case files system (ECF) which will send an electronic notification of such filing to all counsel of record.

Respectfully Submitted,

*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire
Blerina Jasari, Esquire
Boyle & Jasari
1050 Connecticut Ave, Suite 500
Washington, D.C., 20036
Email: dboyle@dennisboylelegal.com
         bjasari@dennisboylelegal.com
Phone: (202) 430-1900

*Counsel for Defendant*