UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 21-CR-567-1 (RCL) |
| : | |
| MARSHALL NEEFE, : | |
| *Defendant.* : | |

## UNITED STATES' UNOPPOSED MOTION TO VACATE STATUS CONFERENCE AND SET CHANGE-OF-PLEA DATE

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Court to vacate the status conference set for defendant Marshall Neefe on April 20, 2022, at 1:30 p.m., and to set a date for a change-of-plea hearing. The government further moves to exclude time under the Speedy Trial Act. Counsel for Neefe do not oppose this motion. In support of this unopposed motion, the government now states the following:

1. On January 26, 2022, a grand jury returned a superseding 14-count indictment (ECF No. 39) against Neefe and his codefendant related to their alleged conduct during the breach of and riot at the United States Capitol in Washington, D.C., on January 6, 2021.

2. At a status conference on February 24, 2022, the Court set a further status conference in this matter for April 20, 2022, at 1:30 p.m.

3. On March 24, 2022, the government tendered a plea offer to Neefe.

4. Early on the morning of April 19, 2022, counsel for Neefe informed the government that Neefe had signed the plea agreement. Later that morning, counsel sent .pdfs of the signed plea paperwork to the government.

5. The government then sent the .pdfs of the signed plea paperwork to the Court's Deputy Clerk and the parties inquired about setting a date for a change-of-plea hearing. The Deputy Clerk informed the parties that the Court would be available for a change-of-plea hearing during the week of May 2, 2022.

6. Should the Court be inclined to grant this motion, the parties are available at any time on the following dates for a change-of-plea hearing:

- May 2, 2022: after 4:30 p.m.
- May 3, 2022: anytime
- May 4, 2022: anytime

7. If the Court grants the continuance, the government also moves the Court to exclude the period from April 20, 2022, until the change-of-plea date from the computation of time for which a trial date must be set under the Speedy Trial Act, 18 U.S.C. § 3161 ("STA"), in consideration of the expected entry of a guilty plea. The government also requests that the Court find the ends of justice served by granting this continuance outweigh the interests of the public and Neefe in a speedy trial.

WHEREFORE, for the foregoing reasons, the government respectfully requests that the Court GRANT this unopposed motion to vacate the status conference, to set a change-of-plea date, and to exclude the period from April 20, 2022, until the next Court date from the computation of time under the STA.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:  */s/ Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)
D.C. Bar Number 976587
202-252-5847
Seth.Meinero@usdoj.gov

*/s/ Courtney Lee*
COURTNEY LEE
Assistant United States Attorney
D.C. Bar 241291
202-252-7650
Courtney.Lee@usdoj.gov

United States Attorney's Office for the
 District of Columbia
555 4th Street, N.W. – Room 10-118
Washington, DC 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 19, 2022, I served a copy of this pleading on all parties to this matter through the Court's electronic case files system.

*/s/ Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee

3