CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )  Criminal Case No.: 21-CR-567-1 (RCL)
)
)
MARSHALL NEEFE )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____
~~Assistant United States attorney~~
Trial Attorney (Detailee)

Approved:

_____   Date: 6/3/22
United States District Judge