# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                          :
        v.                    :     CRIMINAL NO. 1-21-cr-00567-(RCL)
                          :
CHARLES SMITH            :
                          :
_____ :

## ORDER

Upon the joint motion of the parties, the status currently set for 9th June, 2022 is continued to

*2 P.M. on June 23*, 2022. In the interim period between these dates, the Speedy Trial Act is tolled

pursuant to the statute.

So Ordered.

_____
Honorable Royce C Lamberth

*6/8/22*
_____
Date