

# EXHIBIT A

# FIND VOTER REGISTRATION STATUS

You may search for your voter registration status with your Name or your PennDOT Driver's License or PennDOT ID. Your party affiliation and polling place address will be displayed once you have provided an exact match with the information on your voter registration record.

⦿ **Find your Voter Registration Status by Name**
◯ **Find your Voter Registration Status by Driver's License Number or PennDOT ID**

**Select a County**

| CUMBERLAND ▾ |

**Enter Zip Code (Ex. 12345)**

| 17241 |

**Enter First Name (Max. 30 Char. Limit)**

| Marshall |

**Enter Last Name (Max. 30 Char. Limit)**

| Neefe |

**Enter Date of Birth (mm/dd/yyyy)**

| 07/10/1996 |

[ Search ]

**We are unable to match your information with our records. You may edit your information and try your search again or you may contact your county voter registration office (http://www.votespa.com/Resources/Pages/Contact-Your-Election-Officials.aspx#googtrans(en)) to confirm your voter registration status.**

This website is compatible with the following browsers: