# EXHIBIT B

James A. Neefe
201 Westgate Drive
Mount Holly Springs, Pa. 17065

I am a 63-year-old husband and father that has owned my residential construction company for 35 years. The greatest joy and blessing in my life were becoming a father to my two sons, Marshall and Cody. Faith and family are the reason I strive each day to make a living and give that opportunity to others in building their home.

I am the father of Marshall James Neefe who was arrested for being in DC on January 6, 2021. He was brought up in a great church family and was always kind, caring and trustworthy. He always had respect for the law and would frequently remind me if my speedometer went over the speed limit. "Dad slow down your speeding"! He loved to come on my jobsite to "help me build" where I instilled in him a good work ethic at a young age. I remember when he was around 10 years old, he was very short which I believe made him insecure. He was the smallest kid on the football team, but he always tried so hard to gain the approval of his friends. He could be influenced by friends and would say things to impress them but I knew all that talk was not my son's true nature. I tell you this because I believe this carried over to his adulthood where a bad choice of friends led to him being in DC on January 6, 2021.

Marshall is a peaceful, kind and respectful man. If he had a friend in need, he was there to lend a hand, change a flat tire or shovel snow. His work ethic exceeded my expectations when he was hired by one of my sub-contractors on an Amish framing crew. He not only worked a grueling 8-hour day framing but also had to pick up and drop off his Amish crew each day. His day started at 4:30 am and ended at 6:30 pm, he never missed a day of work in 5 years. He always provided for his family and loves his 4-year-old son ███ so much.

After returning home from the January 6th event, I noticed he broke off all communications with his so-called friends, shut down social media and just concentrated on his family. I remember him telling me everything on social media was a lie and that he was so sorry for believing all the hype pushed by his friends and social media. He knows what a mistake he made and the value of family and what really matters in life is his walk with God. Since his incarceration he knows the effect of wrong choices and wants so much for a second chance to prove to us his value as a productive citizen, father and role model for his son.

James A. Neefe

1

Julie A. Neefe
201 Westgate Drive
Mount Holly Springs, Pa. 17065

I am a 59-year-old wife and mother who has worked full time my whole adult life as a helpmate to my husband, James, to provide a moderate lifestyle for our family. I enjoy cooking, gardening and keeping my home. I am a medical biller that has worked in that profession for 25 years. I am currently employed at Casses Chiropractic Clinic in Carlisle, Pennsylvania.

I am the mother of Marshall James Neefe who has been incarcerated since September 13, 2021 for the events of January 6, 2021. Marshall was raised in a Christian home by loving parents who instilled in him respect, responsibility, compassion, fairness and love. He has brought us so much joy and laughter. At an early age he showed the love for music and art. He had a natural ability to play music and played saxophone in a band during his school years. He then taught himself how to play the piano and guitar and he also has a wonderful singing voice. He played some sports but his passion has always been music and art.

After school he met his fiancé Victoria Dumond and they have a wonderful son together, ▮▮▮▮. Marshall was the sole provider for his family as a residential construction framer and driver for an Amish construction Company, O & R Construction, for the past 5 years. He has never broken the law and has always had respect for law enforcement and has never shown violence in any way.

I will also note that Marshall has a melancholic personality and a low self-esteem which drove him to choose some friendships that are not good for him.  He always talks a "big talk" to make himself feel tough to fill a void in his life.  One such friendship pushed him to the January 6th rally in DC, where the hype, social media and event speakers sparked the massive crowds. Marshall is not a violent person and would never hurt anyone. He is an "old soul" that is kind and compassionate.

Marshall told me of his sincere remorse for being coerced into going to DC.  He is so sorry to put his family through all the pain and financial burden for a stupid mistake. He just wants to be home and provide for his struggling family and be a steward in his community. He still has a full-time job waiting for him when he is released.


Julie A. Neefe

Dear Judge,

This letter is in reference to Marshall James Neefe.

We would like to start out by introducing ourselves. My name is Julie A Page, I am Jim Neefe's sister and Marshall's aunt I spent the last 27 years as a Physical Therapist Assistant with the last 16 years working with the Geriatric population. I am currently retired. My husband Ronald A Page, (also retired) spent his entire career as a Business Executive both nationally and internationally. His last position was the CEO of a corporation in Florida.

We have lived in several states due to his career. Our current residence is 4868 County Road 56 Auburn, IN since 2006. We purchased 27 acres and built a hobby farm making it into our retirement dream.

We have known Marshall since he was a baby in Coudersport PA. Marshall was a gift to our extended family from God. My twin (Marshall's father Jim) and his wife could not have children of their own and adopted Marshal as a newborn. He showed talents in music and writing at a very young age. He would play the organ with his grandmother and later mastered the saxophone. He participated in the school's concert and marching bands. Also taught himself to play the guitar. He demonstrated an articulation for drawing skills and poetry. Marshal has always made us so very proud.

Marshall was always devoted to his friends and family. He met and fell in love with his companion at 16. When Victoria decided to leave PA and go back home to MI to be with her family Marshall followed her, he was only 17. After a few months this arrangement was not working out for Marshall. He made the most important phone call of his life. He called us. He wanted to move to Indiana to live with us and straighten out what had gone wrong. Marshall dropped out of school in PA and realized that he needed his diploma. After arriving here Marshall immediately signed up for classes at the Impact Institute in order to get his GED. Marshall tested out of this 3-month program in 2 weeks. He then enrolled in their Welding course. He earned his ASW Welding certificate on Oct. 10, 2014.

Marshall was always willing to help us out on our farm no matter what the chore. He enjoyed the animals and spent much of his off time with them. He also enjoyed going to work with me and visiting with the residence of the nursing home, they enjoyed him very much.

During the time that Marshall lived with us there was never any issue or negative actions. We both missed him very much when he decided to move back to PA, after renewing his relationship with Victoria.

We continue to pray that Marshall has learned to always do what is right with the rest of his life. To surround himself with positive people, people that can lift him up and not take him down.

Sincerely,

Ronn and Julie Page

3



6/22/22

To whom it may concern,

I have known Marshall Neefe for about 12 years. I have spent numerous outings with him boating in Raystown Pa, and he has been to my home several times with his family for cookouts.

Marshall was always a hard worker. He worked on a project of a new porch at our home and did a great job.

Marshall and his entire family are good responsible people in our community.

Timothy E Costello
Associate Broker Owner
RE/MAX 1st Advantage
6375 Mercury Drive
Mechanicsburg PA  17050



RE/MAX  1st Advantage
6375 Mercury Drive, Suite 101
Mechanicsburg, Pennsylvania 17050
Office: (717) 591-5555
Fax: (717) 591-7272

4

Each Office Independently Owned and Operated

Dear Judge Lamberth

Hi I'am Omar King. Marshall Neefe has been a Employee with our Company appro. 5 yrs. O+R Construction. Marshall Neefe was a great guy to work with. worked Hard had a positive attitude Never showed any violance. O+R Construction Builts Custom Homes - Frames Houses - Concrete work - Additions - Remolding

Thanks. Former Employer OF Marshall Neefe

date
6-28-22

Omar King



May 31/2022

To Whom it may concern,

    I'm writhing this letter to give a reference for Marshall Neefe. I met Marshall when I was having a custom home built. He was on the crew of the framing company hired to preform work. Marshall always has a pleasant smile and attitude. I found this young man very polite and efficient in work, and his on-the-job deminer up lifting. I was shocked to learn what happen to Marshall as well as many others. I wanted to write this letter to support Marshall in his time of need. Many young Americans get caught up in the elective process, though sad when they don't go about it in the right way. Marshall is young and a good man, and I just wanted to send this to aid in support for him, as I'm sure he is showing good behavior while in custody. If anything can be done to help him obtain release, please let me know.

Sincerely,

William Scruggs

President Americomm LLC

www.americomm-llc.com	21 State Ave. Suite 101 Carlisle, PA 17013	(717) 776-1073

Dear Judge Lamberth,

My name is Jeremiah Zools, or Jerry. I live in Newburg PA.

I am writing in behalf of Marshall Nefe, who was taken by the FBI last fall and is being held in prison for multiple criminal charges.

I am employed by a construction company called O+B Construction, for over seven years. We mostly build residential Homes.

I met Marshall when He started working for O+B Const. We worked together sometimes. Several years later he was transferred to our crew full time. Marshall was the driver for our crew of Amish men and boys. He was a safe and dependable driver, and a good worker. Marshall was very easy to get along with and would do anything for his friends. He quit working for us for a better job opportunity, just a weeks before he was arrested.

I was shocked and sad when I heard that Marshall was arrested. Him an I became good friends in the years that we worked together. Marshall was very let down with the outcome of the 2020 election. He was very stressed about all the rumors of fake ballots an election fraud. He spent a lot of time on a messaging app where there was a lot of people posting stuff that likely wasn't real.

When Marshall shared his plan of going down to Washington D.C. I urged him not to go, and told him to be careful and stay out of trouble. I am very sorry to hear about the trouble he got into down there.

When Marshall came back to work he was bruised, and his skin was pale from the mace and the pepper spray, and teargas. I think he was sorry that he went down there. I saw the news clip about Marshall's text messages. I think those were all just boasting with friends. I do not, even now consider Marshall a terrorist or a threat to our country. I think his actions were a result of being part of a big crowd of riled up people. Still he is mostly responsible for his actions. I hope for Marshall and his family's sake you can be as lenient as possible, and not sentence him as a terrorist or a violent man.

As far as I know, Marshall was not planning any violence on this trip. I understood that it is a planned, peaceful protest for former President Trump, supporters.

I talked with Marshall on the phone several mo. ago. He said he can hardly wait to get out and go back to work. I truly hope he can! I think the punishment he got on the 6th, and the guilt and fear that followed, plus his jail time are punishment enough. I don't know the case and the law like you do. I am not trying to make your decision, I'm just trying to do what I can for my friend.

May God bless you, and your decision. Sincerely
Jerry Zook

8

Dear Judge Lamberth

My Name Is Chris I Live In Shippensburg I Work For O+R Construction Thats How I Got To Meet Marshall Worked with For A Few Years Great guy to work with Hard Working great personality He was always Up For challenge We usually called Him The Lift So if we Had Something heavy to lift we got him to help us So He's great guy always Up For a good time Loved going Hiking and Camping and stuff Like that whenever He had Spare time Liked working with cars and also Making stuff with Leather wallets and Small stuff Like that... We Miss Him

        Chris

107 Round Ridge Road
Mechanicsburg, PA 17055
Tel: (717) 713-7275
E-mail: psusmc@hotmail.com

July 16, 2022

To Whom It May Concern:

I was recently asked by my former neighbors, James and Julie Neefe, if I would write a letter on behalf of their son, Marshall Neefe, who is currently incarcerated in a federal facility for the illegal actions he took during the insurrection at the U.S. Capitol on January 6, 2021 and is to be formally sentenced on August 17, 2022 for the actions he took that shameful day. I am very happy to do so.

I am presently working as a civilian government employee with the Department of the Navy (DON) where I have served as a former Assistant Inspector General for Investigations and presently serve as the Freedom of Information Act (FOIA) Program Manager for a DON Echelon II command. Prior to this, I retired from a nearly 25-year career in law enforcement where I have held positions from patrol officer, to shift supervisor, to precinct commander, to deputy police chief and to police chief for two Pennsylvania municipal and two federal police agencies.

I have known Marshall Neefe since 2009 when he was a barely 13-year old teenager. He is now a 25-year old adult. Marshall (and his brother Cody) lived with their parents, James and Julie Neefe, who lived just two doors down from me in Newville, Pennsylvania. Marshall did odd jobs for me, mowing grass and doing landscaping work in my yard. I also later sold my vehicle to Marshall, allowing him to purchase it on a payment schedule that he and his father agreed to. Marshall made all of those payments on time. As a result, I found Marshall to be an affable young man who gained my trust. Unfortunately, I also found Marshall to be an easily impressionable young man who sometimes thought he knew more than his peers, even sometimes more than his parents. I believe this trait and Marshall's need for recognition caused him to exercise an extreme, if not supreme, lack of judgement when he decided to participate in the insurrection at the Capitol that day. He did so over the strong objections of his parents who begged him not to travel to Washington and participate in events there.

Based on my experience in law enforcement, I unfortunately encountered many persons who had committed various crimes to be incorrigible and incapable of learning from their mistakes in life. I sincerely believe in my heart of hearts that Marshall is not one of those persons. I believe he will emerge from incarceration a better person than when he went in. I believe he will have learned a serious life lesson that there are painful ramifications when one doesn't exercise good judgement, particularly when it comes to failing to be a good citizen and respecting our great nation's sacred laws. My only hope is that the Judge who sentences him this August will take mercy on Marshall and not sentence him to an extreme sentence that could crush Marshall's spirit and, worse, the spirits of his loving parents, who I consider to be among my closet friends. Thank you for your consideration.

Very respectfully,

*[signature]*

Brian A. Champaign

Dear Judge,

    My name is Hunter DeAngelo and I am Marshall Neefe's friend. We have known each other for about 7-8 years now. I first met him through a mutual friend, and he made it feel as if we were best friends for a long time. That is the kind of person he is; very kind, welcoming, joyful and respectful. It did not matter to him that we just met, he showed me his real self with open arms. As I am sure he did with so many others. He always has an open door for his friends, which I cherished. I have some of my best memories of my young adult life over at his house. He knows how to pick you up when you are feeling down and genuinely wants the best for his friends, there is no fake love there. I know he deeply loves his son and is regretful for his actions on January 6th. I believe he was heavily influenced by Brad Smith in his decision-making that day. I have never been a fan of Brad, he was irrational at times and his views were far from what anyone would consider normal. Brad is the kind of guy that wants to see the world burn. Without a doubt Marshall would not have been there if it wasn't for Brad. He probably just wanted to appease his friend and ended up going with no real intentions that day. Like I said he would do anything for his friends, even if it was not in his best interest. I believe Marshall should return home to his son because he needs his son as much as he needs father. He will come out of this situation a better father and a better person.

                                                Sincerely,

                                                Hunter DeAngelo

Jacob Young
600 Doubling Gap Rd
Newville, PA 17241

Dear Judge,

My name is Jacob Young, one of Marshall Neefe's friends that he has acquired over the years. I may have only known Marshall for roughly a little over 3 years, but I think that it only takes being around someone a few times to know what kind of character they are. Marshall has always been one of the few people that will always be around when you need him. He would just come around the help me repair my car or just work around the house to help get a few things off of my to do list. Marshall would give anyone the time of day if they asked for it, and would never bat an eye to help someone in need. He holds his son ▮▮▮▮ above everything else, and anyone would be able to see that just from having a good conversation with him. Marshall was always looking to have friends over for cookouts, or just to work on his project car in the garage. He is no more than the small town man, just trying to make a living and give his loved ones a good life.

Sincerely,

Jacob Young

Ryan Heishman
1858 Spring Rd
Carlisle, PA 17013

To Whom It May Concern,

Marshall and I have spent time together on numerous occasions and is someone that I would call a friend. Every interaction I've had with him has been nothing but a positive experience. In my opinion Marshall is a good natured person who cares about those close to him. Marshall has everyone's best interests in mind, and I have never seen him behave in an inappropriate manner. I hope that his demeanor in his current situation helps prove that.

Thank you for your time,

Ryan Heishman

Tyler Nastelli
400 Mt. Rock Rd
Newville, PA 17241

Dear Judge,

My name is Tyler Nastelli. I have known Marshall Neefe for close to 12 years. He has been my best friend since day one. Marshall is one of the most reliable people I have ever met in my life. He was there for me the moment my father passed away, whether it was helping around the house or teaching me how to fix things myself or just to vent and listen. He has always been the type of friend you could call, and he would drop everything to help you. He is very open and honest about himself and never once alone has he ever brought up politics. I have never known Marshall to be a political person unless Brad Smith was around. I have known Marshall to be a very caring person, whether it was working long hours with the Amish to provide for him and his family or taking family days where he could spend time with his family.

Marshall helped me a lot personally learning with how to be a producer. He loves music. He was always ready to help me or play a guitar part for me. I know he also loves to work with his hands, such as wood working. He would go on for hours about wood working with anybody that was willing to listen. I believe his actions on January 6th were heavily influenced by others because Marshall would do anything to seem cool to his friends. I believe that he went to the Capitol just to go with the flow of it and got caught up in the moment.

Sincerely,

Tyler Nastelli

14