UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARSHALL NEEFE,<br><br>  *Defendant.* | Case No. 1:21-cr-567-RCL-1 |

## ORDER

The time for either Defendant Neefe or the government to file an objection having passed, it is hereby **ORDERED** that the Application [105] for Access to PowerPoint Exhibit as to Marshall Neefe is **GRANTED**.

The government is **ORDERED** to make the PowerPoint materials referenced in the application available to the applicant within 72 hours in accordance with Standing Order No. 21-28.

It is further **ORDERED** that the applicant shall be permitted to record, copy, download, retransmit, and otherwise further publish these PowerPoint materials.

**IT IS SO ORDERED.**

Date: 11-7-22

Royce C. Lamberth
United States District Judge

1